**Ty RUTLEDGE, Plaintiff–Appellant,**

v.

**Clark MILLSAP, James Jonason, Anthony Parker, Lisa Fuller, Defendants–Appellees.**

No. 15–13912

United States Court of Appeals, Eleventh Circuit.

Date Filed: 08/25/2016

Ralph Goldberg, Goldberg & Cuvillier, PC, Tucker, GA, for Plaintiff–Appellant.

Steven M. Rodham, Ronald R. Womack, Womack Gottlieb & Rodham, PC, LaFay-

ette, GA, H. Boyd Pettit, III, Attorney at Law, Cartersville, GA, for Defendants–Appellees.

Before TJOFLAT and JULIE CARNES, Circuit Judges, and CONWAY,* District Judge.

PER CURIAM:

The plaintiff appeals the District Court's grant of summary judgment to the defendants on his 42 U.S.C. § 1983 claims for illegal search, false arrest and false imprisonment in violation of the Fourth Amendment[1] and his related claims under state law. After considering the parties' briefs and with the benefit of oral argument, we find no error in the Court's decision. It is accordingly

AFFIRMED.

---

* Honorable Anne C. Conway, United States District Judge for the Middle District of Florida, sitting by designation.

1. The Fourth Amendment is applicable to state and local governments under the Four-

teenth Amendment's Due Process Clause. Wolf v. Colorado, 338 U.S. 25, 69 S.Ct. 1359, 93 L.Ed. 1782 (1949).